Donna HARPER, Appellant,

v.

## COMMERCE BANK OF KANSAS CITY and Division of Employment Security, Respondents.

No. ED 77239.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 2000.

STATE of Missouri, Respondent,

v.

## Mark MITCHELL, Appellant.

No. ED 76909.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 5, 2000.

Kevin A. Nelson, St. Louis, MO, for appellant.

Alan J. Downs, St. Louis, MO, for respondent.

Before ROBERT G. DOWD, P.J., MARY RHODES RUSSELL and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Donna Harper appeals from a decision of the Labor and Industrial Relations Commission disqualifying her from receiving unemployment benefits in that she voluntarily quit her job with Commerce Bank of Kansas City without good cause attributable to her work or her employer.

We have reviewed the briefs of the parties and the record on appeal and conclude the Commission's award is supported by competent and substantial evidence.